IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00629-MSK-CBS

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

JIMMY LYNN BRADLEY, and
LESLEY DON DOLE,

      Defendants.

## ORDER DIRECTING RESPONSE

THIS MATTER comes before the Court on a Complaint **(#1)** filed by the Securities and Exchange Commission ("S.E.C."), and upon the Defendants' Consents **(#2, #3)** to the entry of judgment against them, and proposed forms of judgment. There is nothing in the Court's file which indicates that the S.E.C. approves of the proposed judgments which the Defendants provided. In addition, the proposed judgment against Mr. Bradley includes factual findings *vis a vis* a civil penalty which this Court is not in a position to make absent a stipulation by the parties.

**IT IS THEREFORE ORDERED** that the S.E.C. shall respond to the Defendants' proposed form of judgment on or before April 13, 2007.

Dated this 6th day of April, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge